THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES H. JONES, Appellant.

Submitted April 21, 1939; decided May 17, 1939.

*James H. Jones,* appellant, in person.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.    Taking no part: O'BRIEN, J.